**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| KATHLEEN A. BUNT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No.  3:19-cv-01013 |
| | ) | Judge Trauger |
| CLARKSVILLE MONTGOMERY | ) | |
| COUNTY SCHOOL SYSTEM, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

On March 3, 2020, the magistrate judge issued a Report and Recommendation

(Docket No. 19), to which no timely objections have been filed.  The Report and

Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law

of this court.  For the reasons expressed therein, it is hereby ORDERED that the plaintiff's

Motion to Remand (Docket No. 7) is DENIED.  This case is returned to the magistrate judge for

further handling under the original referral order.

It is so **ORDERED.**

_____
ALETA A. TRAUGER
U.S. District Judge