# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| KATHLEEN A. BUNT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:19-cv-1013 |
| ) | Judge Trauger |
| CLARKSVILLE MONTGOMERY COUNTY ) | |
| SCHOOL SYSTEM, ) | |
| ) | |
| Defendants. ) | |

## ORDER

On February 2, 2021, the Magistrate Judge issued a Report and Recommendation (Doc No. 54), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the defendant's Motion for Summary Judgment (Doc. No. 33) is hereby GRANTED as to all claims in this case except for plaintiff's ADEA and THRA age discrimination claim that is based upon a Business Education teaching position at Clarksville High School, for which she was not hired in 2017. This claim will move forward.

This case is hereby returned to the Magistrate Judge for further handling under the original referral order.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge